Federal District Court Tyler Division

| | |
|---|---|
| Andrew Earl Williams § | Federal District Court |
| vs § | Civil Rights |
| State Of Texas § | Judge |
| TDCJID and MTC § | 211 W. Ferguson, Tyler Division |
| East Texas Treatment § | Tyler Texas 75702 |
| Facility and Board § | Sept. 6, 2021 |
| Of Pardon's and Paroles § | 6:21CV355 JCB/KNM |

## Writ Of Mandamus Federal Court Order, Emergency Cease And Desist To State

Now Comes Andrew Earl Williams #751192 in this cause, and asking this Court for Relief and Help in these form's, in which any REASONABLE person would expect for Court's, And Mandate's to be carried out immediately by State of Texas!

Here is my whole Argument's in my cause! Parole is NOT A guarantee's Right! Nor any of the other lie's the State Of Texas "say's" like Good Time's or Credits. They claim it's is A "Privilege," which means I have the legal right to refuse such, without the fear's of Harrassment's, Retaliation's, illegal punishment, or such penalties, for refusing such program's conditions and Parole's, NOR THREAT, OR DURESS by TDCJID or MTC, East Texas Treatment Facilities, or even Board of Pardon's And Paroles for State of Texas!

Now I need The Court's and Judge to fully look at these fact's and understand my problem here!
On Next Page Attached.

Federal District Court Tyler Division, Tyler Texas

Cont: This is not a simple misunderstanding either of the laws either: This is out right FRAUD, and Embezzlement by State of Texas, TDCJID, Parole Board and MTC, East Texas Treatment Facilities, and by medical staff services provide by State, UTMB and MTC here! Plus out right WANTON Infliction Of Pain, Reckless Indangerments, and Medical Indifferences!

Lets start with Parole's and "3rd Time" thur these programs! Plead "Not Guilty", 60 year's for Plain DWI 6/4/94 convicted 4/02/96 Brazos County Bryan Texas! 24 Flat year's and more did on this illegal sentence! When Paroled in 2004-5 went thur DWI Kyle Unit Program! Revoked in 2005, not for Dirty UA, nor Alcohol involved period, Then Paroled again in 2011- MTC DWI Program again Revoked "2013", No Dirty UA's or Alcohol "was at Job" getting ready to go to work that day at cousins house and business, "Tree's of Houston "Edward Street." Then spent 60 or more days at Hamilton Unit after supposely Paroled in 2011 After leaving here on FI-6 Program Completed! Missing "Flat time's" did in Programs!

Let's do not forget about medical problem's cause by State and while here in custodies as well! Refuse these programs for last 9 year's because "Not Guilty" and illegal condition's and Parole's.

Medical issue's now that need attention ordered soon by Court's here.

No #1: Hepatitis C. "Read this." Either I was infected by UTMB on Coffield Unit by medical dept
ON NEXT PAGE.

Federal District Court, Tyler Division, Court Order,

Cont: Thur Dental Dept There, or I infected to there in 1998 because they failed to clean equipment properly then! "Blood Test Proves This"

Requesting Court Order Treatment; Now for Hepatitis C and damage Examined properly!

Court Ordered Medical Treatment for Hepatitis C. Full "Liver" "MRI's" And Scans for damage done!

Granted _____ Denied _____

Medication Now for Hepatitis C..

Granted _____ Denied _____

Medical Problems "Two" "TIA Brain Strokes" 1994 Thur 1996 "Full MRI, SCAN's" on "Brain" And Heart. 1983

Granted _____ Denied _____

Need court order full MRI's on Back, Neck, Head Stomach, Liver Area's soon! Medical Motion 1983 Civil Rules 35 (A)(B)(1)-35, And Release medical help since I completed program F1 6 DWI Again. And appointment of Counsel, Investigators too!

Granted _____ Denied _____

Immediated Return to TDCJ-ID or Houston Normal Parole: Granted _____ Denied _____

I declare under Penalty of Perjury That The Foregoing is True And Correct, Andrew Earl Williams #751192

Presiding Federal Tyler Division Judge
Judge _____

Excuted On Date: _____
Read Back                Last Page              No# 3

No#1 I have no ACCESS To Copy MAChines period
2 No# I have no ACCESS To Law Library period
3. No# I have no access To supplies And Commassary Hell period.
4. No# I have To WEAR Two pairs of Reading Glasses AT ONCE
1.75's And 2.00's just To READ And WRITE This much
And good Now!
No# 5 SITTING And WRITTING put's me IN SERIOUS
SEVERE PAIN IN MY lower BACK And sides And
Neck because of injuries, And ARTHRITIS Thur out
Body Now! 69 1/2 yrs old

| | | |
|---|---|---|
| Andrew Earl Williams | § | Federal District Court |
| VS | § | Judge |
| State Of Texas | § | Tyler Division |

U.S. DISTRICT COURT RECEIVED SEP 09 2021 EASTERN DIST OF TEXAS

## Affidavit For Support of Writ Of Mandamus

Now come's Andrew Earl Williams #751192 in this cause and asking Federal Court for Relief soon!

<u>Note 1,</u> I am hurt and in pain now <u>Back, Neck</u> <u>side's area of ribs too.</u> Injuries, Hepatitis C and other issues too, told by St Luke Hospital in Tomball Texas Had form of <u>Cancer in "2012"</u> Can prove this! Had Hepatitis C by Blood Records <u>UTMB Coffield Unit</u> After getting my <u>Teeth Cleaned in 1998!</u> Teeth Has not been Cleaned since either. Need Dental work soon too. Need medical treatment and medication's for Hepatitis C Now!

<u>Note 2,</u> I need full <u>MRI's Ran on Back,</u> Head, Neck and side Rib Area's, shoulder <u>Heart, Lungs, Liver</u> Area's Now! <u>"Two" TIA Brain Stroke's 1994,</u> Heart Stroke 1983, Car wreck 1976 Head, Back, injuries too. Arthritis thur our Body, "Eye's" must wear <u>Two pair of 175 200 Reading Glasses to Read</u> and write now!

<u>Note 3,</u> I have no legal access to help here, Layman GED education! No Law Library period! No Access to <u>Law Library</u> or Copies, or materials! Also no store commassaey now, can not buy materials, unit lockdown Covid-19 Ect! No Attorney's!

## Affidavit For Support       Writ Of Mandamus

CONT. NO#4: I have been thur this type of programs on FT-6's DWI same case "3 full times", never arrest for P.I.'s or Dirty U.A.'s or Alcohol period! Got this case in 1994 no proof or evidence then either! All evidence then, was fake and "replicated" reproduced. In which I can prove with witness and lie detector test now still! First Attorney on This 60 DWI case now sitting District Judge in Brazos County! Judge District 85 Kyle Hawthone

NO#5. If you figure from 1994 till now 2021 over 26 flat year's, you figure my flat time up at least 24 year's 1/2 now, but TDCJID is given me credit for only 23 year's at most and keep moving my Discharge date's Backwards! This sentence is not Aggravated, no wreck, no evidence except faked reproduced lie's By Court and its Officer's!

NO#6. When will this illegal Punishment end, when will I get a fair hearing and treatment in this cause? Justice in this case can never be done correctly or fairly for me! Nor for my Four living Kid's in Houston!

I declare under the Penalty of Perjury that the foregoing is true and correct.

Andrew Earl Williams
#751192  Andrew Earl Williams
P.O. Box 8000 MTC. D5-18
Henderson, Texas 75653

Executed on Sept 6, 2021

Page NO#2 Last