UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00355

**Andrew Earl Williams,**
*Plaintiff,*

v.

**State of Texas et al.,**
*Defendants.*

# ORDER

Plaintiff Andrew Earl Williams, proceeding pro se, filed this petition for writ of mandamus against the State of Texas, the Texas Department of Criminal Justice, the Texas Board of Pardons and Paroles, and the East Texas Treatment Facility. This case was referred to United States Magistrate Judge K. Nicole Mitchell. On December 13, 2021, the magistrate judge issued a report recommending that the petition be dismissed with prejudice as frivolous for purposes of proceeding *in forma pauperis* because it lacks an arguable basis in law. Doc. 7. No objections to the magistrate judge's report were filed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's claims are dismissed with prejudice for purposes of proceeding *in forma pauperis*.

*So ordered by the court on December 29, 2021.*

J. CAMPBELL BARKER
United States District Judge